FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 29, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAMPSON INTERNATIONAL, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AGRI-SYSTEMS, dba ASI INTERNATIONAL, a Montana corporation; TOKIO MARINE AMERICA INSURANCE COMPANY, a New York corporation; MARSH & MCLENNAN AGENCY LLC, a Delaware limited liability company,<br><br>Defendants. | No. 4:25-CV-05185-MKD<br><br>ORDER GRANTING DEFENDANTS MARSH & MCLENNAN AGENCY LLC'S AND TOKIO MARINE AMERICA INSURANCE'S MOTIONS TO DISMISS WITHOUT PREJUDICE, GRANTING PLAINTIFF'S MOTION TO REMAND, AND DENYING AS MOOT DEFENDANT AGIR-SYSTEMS' FED. R. CIV. P. 12(B)(1) MOTION FOR DISMISSAL AND/OR STAY<br><br>**ECF Nos. 10, 12, 18, 20** |

On May 29, 2026, the Court held a hearing on the parties' pending motions, ECF Nos. 10, 12, 18, 20. Joel R. Comfort and Kenneth Allen Miller represented Plaintiff. Maija Margaret Druffel represented Defendant Agri-Systems. Costantino P. Suriano and Ian M. Leifer represented Defendant Tokio Marine America Insurance Company. Dwain Mark Clifford represented Defendant Marsh

ORDER - 1

& McLennan Agency LLC.  The Court has reviewed the motions and the record, has heard from counsel, and is fully informed.

For the reasons stated on the record, the Court grants Defendant Marsh & McLennan Agency LLC's Motion to Dismiss, ECF No. 12, and Defendant Tokio Marine America Insurance's Motion to Dismiss for Lack of Personal Jurisdiction, ECF No. 18.  For the reasons stated on the record, the Court denies Plaintiff's request for jurisdictional discovery. The Court also grants Plaintiff's Motion to Remand, ECF No. 10, and remands the remaining case between Plaintiff and Agri-Systems to the Benton County Superior Court.  Defendant Agir-Systems' Fed. R. Civ. P. 12(b)(1) Motion for Dismissal and/or Stay, ECF No. 20, is denied as moot.

Accordingly, **IT IS HEREBY ORDERED:**

1.     Defendant Marsh & McLennan Agency LLC's Motion to Dismiss, **ECF No. 12**, is **GRANTED WITHOUT PREJUDICE.**

2.     Defendant Tokio Marine America Insurance's Motion to Dismiss for Lack of Personal Jurisdiction, **ECF No. 18**, is **GRANTED WITHOUT PREJUDICE**.

3.     Plaintiff's request for jurisdiction discovery is **DENIED**.

4.     Plaintiff's Motion to Remand, **ECF No. 10**, is **GRANTED**.

5.     Defendant Agir-Systems' Fed. R. Civ. P. 12(b)(1) Motion for Dismissal and/or Stay, **ECF No. 20,** is **DENIED AS MOOT**.

ORDER - 2

**IT IS SO ORDERED.**  The District Court Executive is directed to (1) enter this Order; (2) provide copies to the parties; **(3) TERMINATE Defendants Marsh & McLennan Agency LLC and Tokio Marine America Insurance Company, (4) REMAND this matter to the Benton County Superior Court, and (5) CLOSE the file.**

DATED May 29, 2026.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3